1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEBORAH HALL,

　　　Plaintiff,

　　　v.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

　　　Defendant.

No.  2:16-cv-00396-RHW

**ORDER GRANTING MOTION FOR REMAND**

Before the Court is a Stipulated Motion for Remand and jointly move the Court to remand for further administrative proceedings. **ECF No. 26.** Based on the agreement of the parties and the record, the Court finds good cause to grant the motion.

The Commissioner's decision to deny Plaintiff's application for disability benefits is **REVERSED** and **REMANDED** for further proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge ("ALJ") shall: (1) consider the evidence as a whole and provide Ms. Hall with the opportunity to submit additional evidence; (2) reevaluate Ms. Hall's testimony; (3) attempt to obtain the initial determination for Ms. Hall's prior Title II claim filed on January 19, 2005, in order to clarify the date of this

**ORDER GRANTING MOTION FOR REMAND ~ 1**

determination and the period at issue in front of the ALJ; (4) attempt to obtain the prior hearing decision dated December 17, 2004, in order to evaluate the present claim pursuant to AR 97-4(9), *see Chavez v. Bowen*, 844 F.2d 691 (9th Cir. 1988); (5) reevaluate Ms. Hall's severe impairments, and in doing so, obtain evidence from a medical expert regarding the nature and severity, and functional limitations, if any, of Ms. Hall's impairments; (6) reconsider Ms. Hall's residual functional capacity, and in doing so, evaluate the opinion from Dr. French; and (7) seek supplemental vocational expert evidence, if warranted, to determine whether there are a significant number of jobs in the national economy that Ms. Hall can perform.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' Stipulated Motion for Remand, **ECF No. 26**, is **GRANTED**.

2.  The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.

3.  All pending motions in this matter are now moot.

4.  Reasonable attorney fees shall be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

5.  The District Court Executive shall enter judgment for the Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 18th day of October, 2017.


 *s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge


**ORDER GRANTING MOTION FOR REMAND ~ 2**