# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Deborah A Hall

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of Social Security | ) |
|  | ) |

*Defendant*

Civil Action No.   2:16-cv-00396-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Stipulated Motion for Remand, ECF No. 26, GRANTED.
Judgment for Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Robert H. Whaley _____ on a Stipulated Motion
for Remand, ECF No. 26, GRANTED.

Date:   10/18/17 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Shelly Koegler
_____
*(By) Deputy Clerk*

Shelly Koegler
_____